No. 10-9692. Alan Wayne Davis, Petitioner v. Pam Bondi, Attorney General of Florida, et al.

563 U.S. 997, 131 S. Ct. 2481, 179 L. Ed. 2d 1226, 2011 U.S. LEXIS 3818.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-9702. Terrence Patrick Sheehan, Petitioner v. Texas.

563 U.S. 997, 131 S. Ct. 2462, 179 L. Ed. 2d 1226, 2011 U.S. LEXIS 3673.

May 16, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 10-9714. James Roy Holton, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.

563 U.S. 997, 131 S. Ct. 2462, 179 L. Ed. 2d 1226, 2011 U.S. LEXIS 3775.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-9715. Anthony Howard, Petitioner v. Randell Nero, et al.

563 U.S. 997, 131 S. Ct. 2462, 179 L. Ed. 2d 1226, 2011 U.S. LEXIS 3782.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 715.

No. 10-9718. John Thomas Entler, Petitioner v. Supreme Court of Washington, et al.

563 U.S. 997, 131 S. Ct. 2463, 179 L. Ed. 2d 1226, 2011 U.S. LEXIS 3655.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-9723. Vern Kills on Top, Petitioner v. Mike Mahoney, Warden.

563 U.S. 997, 131 S. Ct. 2463, 179 L. Ed. 2d 1226, 2011 U.S. LEXIS 3820.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-9750. Ronald R. Weaver, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary (two judgments).

563 U.S. 997, 131 S. Ct. 2463, 179 L. Ed. 2d 1226, 2011 U.S. LEXIS 3778.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-9751. James Washington, Petitioner v. Derrick L. Ollison, Warden.

563 U.S. 997, 131 S. Ct. 2463, 179 L. Ed. 2d 1226, 2011 U.S. LEXIS 3774.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 959.